[No. 37710-1-II.   Division Two.   January 13, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. N.M.N., *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-8-00094-2, Craddock D. Verser, J., entered April 17, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 25671-5-III.   Division Three.   January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL RAY FOOS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00540-0, Vic L. VanderSchoor, J., entered November 1, 2006. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 26119-1-III.   Division Three.   January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SAM WESLEY KEY, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 06-1-00029-7, John Hotchkiss, J., entered May 7, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 36552-9-II.   Division Two.   January 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEY A. DUNLAP, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-8-01500-0, John A. McCarthy, J., entered June 5, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.